# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

**USA v. ANNA ELPERIN**                     Case No.  1:25-CR-2120-SAB-1

**Detention Hearing:**                                               11/26/2025

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy | ☒ | Courtney Pratten and Echo Fastis, US Atty |
| | | ☒ | Alex B. Hernandez, III, Defense Atty |
| ☒ | Araceli Mendoza, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

    Defense counsel argued why the Defendant should be released and proffered the Supplemental Pretrial Services Report for Defendant's release.
    Defense argues Defendant does not have any criminal history and has strong ties to the district.
    Defense argues Defendant had firearms removed from her residence as a pre-emptive move knowing it would be a condition of release.
    Defense argues there has been no information presented that Defendant has obstructed or threatened witnesses during the time from the offenses to now.
    Defense argues Defendant has not been practicing medicine for 3 years and is not a threat to anyone.
    The Court rules it has a basis to detain based on Government's filings and live testimony is not necessary, at this time.

**The Court ordered:**
1. Defendant does not have control over her addictions to alcohol or controlled substances and there is no combination of conditions to assure the appearance of Defendant and to ensure that Defendant is not a danger to the community.
2. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
3. The Court would need the following things in any motion to reopen detention:
   - The status of DSHS involvement with Defendant's children (if any).
   - Secure a substance abuse and mental health assessment and have a treatment plan in place.
4. Defendant shall be detained by the U.S. Marshal until further order of the Court.